NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENENTECH, INC.,**
*Appellant*

**v.**

**HOSPIRA, INC.,**
*Appellee*

**UNITED STATES,**
*Intervenor*

---

2018-1959

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01771.

---

**JUDGMENT**

---

THOMAS S. FLETCHER, Williams & Connolly LLP, Washington, DC, argued for appellant. Also represented by PAUL B. GAFFNEY, ADAM LAWRENCE PERLMAN, JONATHAN SIDHU.

THOMAS J. MELORO, Willkie Farr & Gallagher LLP, New York, NY, argued for appellee. Also represented by

MICHAEL JOHNSON.

COURTNEY DIXON, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by JOSEPH H. HUNT, KATHERINE TWOMEY ALLEN; THOMAS W. KRAUSE, JOSEPH MATAL, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 31, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court